ARTHUR M. DeBRUHL AND WIFE, JANIE DeBRUHL, v. STATE HIGHWAY AND PUBLIC WORKS COMMISSION.

(Filed 9 March, 1955.)

**Appeal and Error § 2—**

An appeal from an order entered on pre-trial hearing specifying the issue to be submitted to the jury, is premature and will be dismissed without prejudice.

BARNHILL, C. J., and DEVIN, J., took no part in the consideration or decision of this case.

APPEAL by plaintiff from *Moore, Dan K., J.,* at 4 October 1954 Civil Term, of BUNCOMBE.

Special proceeding in the nature of condemnation to assess damages by reason of appropriation by defendant of petitioners' home and adjoining land for highway purposes.

An appeal having been taken from report of Commissioners, the Judge of Superior Court, on pre-trial hearing, entered an order specifying the issue to be submitted to the jury in the trial of the proceeding. Petitioners excepted to the order, and gave notice of appeal therefrom to Supreme Court, assigning the order as error.

*Sanford W. Brown and Richard L. Griffin for Petitioners, Appellants.*

*R. Brookes Peters, General Counsel, and McLean, Elmore & Martin, Associate Counsel, for Respondent, Appellee.*

PER CURIAM. It appearing upon the face of the record that the order from which appeal is taken is interlocutory, from which appeal does not lie, the appeal will be dismissed, but without prejudice (1) to petitioners'

exception to the order, or (2) to their rights in accordance with law and procedure in such cases.

Appeal dismissed.

BARNHILL, C. J., and DEVIN, J., took no part in the consideration or decision of this case.